UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Bernadette Business Forms, Inc. | ) | Case No.  10-52722-399 |
| Debtor | ) | |
| | ) | Chapter 11 |
| | ) | |

# APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. §1102(a) the following creditors of the above-named debtor are appointed to the committee of unsecured creditors:

Shaughnessy Kneip Hawe Paper
Attn:  Sharon Brotherton, Chairperson
2355 Ball Dr.
St. Louis, MO 63146

Case Paper Company, Inc.
Attn:  Barbara Polletta
900 W. 45th Street
Chicago, IL  60609

Joules Angstrom U.V. Printing Inks, Corp.
Attn:  Patrick T. Carlisle
104 Heritage Drive
Pataskala, OH  43062

NANCY J. GARGULA
UNITED STATES TRUSTEE

PAUL A. RANDOLPH
ASSISTANT UNITED STATES TRUSTEE

| | |
|---|---|
| 11/19/2010 | /s/ Peter Lumaghi for Paul A. Randolph |
| Date | Paul A. Randolph, Assistant U.S. Trustee |
| | E.D. MO #506384, AZ Bar #011952 |
| | Office of United States Trustee |
| | Thomas F. Eagleton Courthouse |
| | 111 So. 10th Street, Suite 6353 |
| | St. Louis, MO 63102 |
| | (314) 539-2984, Fax (314) 539-2990 |
| | Email Address: paul.a.randolph@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid and/or electronically mailed by the U.S. Bankruptcy Court, Eastern District of Missouri, to the above-listed persons and to those persons listed below on this   19th   day of November 2010.

Robert E. Eggmann, Attorney at Law
Lathrop & Gage
7701 Forsyth Boulevard, Suite 400
Clayton, MO 63105

/s/ Gloria M. Simmons
Gloria M. Simmons